**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            PLAINTIFF,<br><br>V.<br><br>APPLE, INC.,<br><br>            DEFENDANT | Civil Action No.  6:12-cv-262-CEH-DAB<br>and related cases:<br><br>   6:12-cv-263<br>   6:12-cv-264<br>   6:12-cv-266<br>   6:12-cv-267<br>   6:12-cv-268<br>   6:12-cv-270<br>   6:12-cv-271<br>   6:12-cv-272<br>   6:12-cv-275<br>   6:12-cv-276 |

**NOTICE OF SETTLEMENT**

Brandywine Communications Technologies, LLC ("Brandywine") hereby gives notice to the Court that an in-principal agreement has been reached that is expected to result in the settlement and dismissal of the Defendants in the eleven above-referenced suits relating to U.S. Patent Nos. 5,719,922 and 6,236,717.  For each case, Brandywine will promptly file a motion to stay pending finalization of the agreement.  Brandywine is currently conferring with Defendants to confirm that the stay will be unopposed, but wishes to make the Court aware of the impending settlements immediately for purposes of judicial economy.

Once the agreement is finalized, Brandywine will file a formal Notice of Settlement for each of the eleven above-referenced cases pursuant to Local Rule 3.08.

1

Dated:  November 5, 2012

/s/ Brian H. VanderZanden
Brian H. VanderZanden (*pro hac vice*)
Email: bvanderzanden@farneydaniels.com
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2831
Facsimile: (512) 582-2829

Christopher T. Hill
Florida Bar No. 0868371
Email: chill@hrkmlaw.com
Steven R. Main
Florida Bar No. 0144551
Email: smain@hrkmlaw.com
Hill, Rugh, Keller & Main, P.L.
390 North Orange Avenue
Suite 1610
Orlando, Florida 32801
Telephone: 407-926-7460
Facsimile: 407-926-7461

*Attorneys for Plaintiff*
*Brandywine Communications*
*Technologies, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian H. VanderZanden
Brian H. VanderZanden

2