UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,**

          **Plaintiff,**

**v.**                                                        **Case No:  6:12-cv-275-Orl-36DAB**

**CELLCO PARTNERSHIP, D/B/A
VERIZON WIRELESS**

          **Defendant.**
_____/

## O R D E R

Before the Court is the Joint Motion to Dismiss (Doc. 48).  In accord with the Joint

Motion to Dismiss, it is **ORDERED AND ADJUDGED**:

1)       The Joint Motion to Dismiss is **GRANTED** (Doc. 48).

2)       This cause is dismissed, with prejudice, each party to bear its own costs and

attorneys' fees.

3)       The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on December 14, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record